IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA NAILS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. JOSEPH CANDLER HOSPITAL and DAJAUNIA JAMES,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 4:22-cv-77 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's November 16, 2022, Report and Recommendation, (doc. 22), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Complaint, (doc. 1), is **DISMISSED**. All pending motions are **DISMISSED** as moot. (Docs. 11, 12, 13 & 16.) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 9th day of December, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA