IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANGELA NAILS, | |
| Plaintiff, | CIVIL ACTION NO.: 4:22-cv-77 |
| v. | |
| ST. JOSEPH CANDLER HOSPITAL; and DAJAUNIA JAMES, | |
| Defendants. | |

### O R D E R

This case was dismissed in December 2022, when the Court adopted the Magistrate Judge's Report and Recommendation, which granted *pro se* Plaintiff Angela Nails *in forma pauperis* status but, after a well-reasoned analysis, recommended that her case be dismissed as frivolous.  (See docs. 22, 23, 24.)  Nails, who did not file any objections to the Report and Recommendation, appealed the Court's dismissal to the Eleventh Circuit Court of Appeals, but that appeal was ultimately dismissed for want of prosecution.  (See docs. 25, 28.)  Presently before the Court is Nails' "Motion to Reinstate Plaintiff Complaint," in which she denies the Court's determination that her claims were frivolous and takes issue with the fact that, while the case was pending, the Court granted a routine leave of absence request submitted by defense counsel.  (Doc. 30.)

The Court has reviewed the Motion and observes no basis for reopening or reinstating the case, particularly given the fact that Plaintiff's appeal of the case has been dismissed by the

Court of Appeals.  Accordingly, the Court **DENIES** the Motion.  (Id.)  This case **REMAINS CLOSED**.

    **SO ORDERED** this 24th day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA